1  MCGUIREWOODS LLP
   A. BROOKS GRESHAM (SBN 155954)
2  bgresham@mcguirewoods.com
   CHARLES H. ABBOTT (SBN 227488)
3  cabbott@mcguirewoods.com
   1800 Century Park East, 8th Floor
4  Los Angeles, California 90067
   Telephone: (310) 315-8200
5  Facsimile: (310) 315-8210

6  Attorney for Defendants BANK
   OF AMERICA, N.A., and BAC HOME
7  LOANS SERVICING, LP

8

9                   UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12 | GINA LYONS and JERRY LYONS, on behalf of themselves and all others similarly situated, | CASE NO. 11-cv-01232-CW |
   |---|---|
   | Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME PURSUANT TO N.D. CAL. CIV. R. 6-1 AND 6-2** |
   | vs. | |
   | BANK OF AMERICA, NA, and BAC HOME LOANS SERVICING, LP, a wholly owned subsidiary of Bank of America, | |
   | Defendant. | |

1     Plaintiffs Gina Lyons and Jerry Lyons, individually and on behalf of all other similarly
2  situated ("Plaintiffs"), and Defendants Bank of America, NA and BAC Home Loans Servicing, LP
3  ("Defendants") hereby submit this joint stipulation pursuant to N.D. Cal. Civ. R. 6-1(a) to extend
4  time for Defendants to file a responsive pleading to either Plaintiffs' Complaint or their First
5  Amended Complaint and pursuant to N.D. Cal. Civ. R. 6-2 to extend time for Plaintiffs to file an
6  Opposition to Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint.

7     WHEREAS, this Court granted in part and denied in part Defendants' Motion to Dismiss
8  on August 15, 2011.

9     WHEREAS, in that August 15, 2011 Order, this Court required Plaintiffs, if they elect to
10 file an Amended Complaint, to do so by August 29, 2011.

11    WHEREAS, Plaintiffs and Defendants agreed on August 17, 2011 that regardless whether
12 Plaintiffs elect to file an Amended Complaint, Defendants would have 30 days, rather than 14
13 days as provided by Fed. R. Civ. Proc. 12, to respond.  Thus, Defendants' responsive pleading
14 would be due on September 28, 2011.  And if Defendants filed a Motion to Dismiss Plaintiffs'
15 Amended Complaint, Defendants need not file an Answer until after the Court ruled on that
16 Motion.

17    WHEREAS, Plaintiffs and Defendants also agreed on August 17, 2011 that should
18 Defendants choose to file a Motion to Dismiss Plaintiffs' Amended Complaint, Plaintiffs would
19 have 30 days, rather than 14 days as provided by N.D. Cal. Civ. R. 7-3(a), to file an Opposition.
20 Plaintiffs' Opposition would be filed on October 28, 2011.  Under this stipulation, Defendants
21 would schedule a hearing date with this Court to accommodate the proposed briefing schedule,
22 and Defendants would file its Reply seven days after the service of Plaintiffs' Opposition on
23 November 4, 2011.

24    WHEREAS, Plaintiffs request an extension of time to file their Opposition because of the
25 complex areas of law involved in this case.

26    WHEREAS, Plaintiffs and Defendants have never filed a stipulation proposing to modify
27 the time requirements, and this Court has never ordered as such.

28

WHEREAS, this Joint Stipulation to extend time for Plaintiffs to file their Opposition will result in a hearing on Defendants' Motion to Dismiss being delayed by, at most, three weeks compared to the briefing and hearing schedule dictated in N.D. Cal. Civ. R. 7.

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that:

1. If Plaintiffs do not file an Amended Complaint, Defendants' Answer to the Complaint should be due on September 28, 2011;

2. If Plaintiffs file an Amended Complaint, Defendants' response should be due on September 28, 2011. Defendants need not file an Answer to any undismissed claims until after the Court rules on any claims which are the subject of a motion filed by Defendants in response to the Amended Complaint.

3. Should Defendants file a Motion to Dismiss Plaintiffs' Amended Complaint, Plaintiffs' Opposition to Defendants' Motion to Dismiss should be due on October 28, 2011 and Defendants' Reply should be due on November 4, 2011.

Audet & Partners, LLP

DATED: August 25, 2011

By: /s/ Jonas P. Mann
    Jonas P. Mann
    Attorney for Plaintiffs GINA LYONS AND JERRY LYONS

MCGUIREWOODS LLP

DATED: August 25, 2011

By: /s/ A. Brooks Gresham
    A. Brooks Gresham
    Attorney for Defendants BANK OF AMERICA, N.A., and BAC HOME LOANS SERVICING, LP

## - ORDER -

**PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED AS FOLLOWS:**

1. Should Defendants file a Motion to Dismiss Plaintiffs' Amended Complaint, Plaintiffs' Opposition to Defendants' Motion to Dismiss is due on October 28, 2011 and Defendants' Reply is due on November 4, 2011.

DATED: 8/30/2011

By: _/s/ Claudia Wilken_
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT COURT JUDGE

**ATTESTATION PURSUANT TO GENERAL ORDER NO. 45**

Pursuant to General Order No. 45 of the Northern District of California, I attest that concurrence in the filing of this document has been obtained from the other signatory who is listed on the signature page.

By: /s/ A. Brooks Gresham
A. Brooks Gresham

- 1 -
ATTESTATION PURSUANT TO GENERAL ORDER NO. 45