IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA LYONS and JERRY LYONS, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>BANK OF AMERICA, NA and BAC HOME LOANS SERVICING, LP, a wholly owned subsidiary of Bank of America,<br>    Defendants.<br>_____/ | No. C 11-1232 CW<br><br>ORDER DIRECTING PARTIES TO FILE STATUS REPORT |

    On September 20, 2012, Mediator Gilda R. Turitz filed a "Certification of ADR" notifying the Court that the parties in this case had reached a proposed settlement on September 13, 2012. Docket No. 65, at 1. That notice, however, did not indicate whether the agreement would require this Court's approval pursuant to Rule 23 of the Federal Rules of Civil Procedure. The parties are therefore ordered to file a status report within seven days addressing whether or not the proposed settlement will require the Court's preliminary and final approval and, if not, whether a 90-day conditional dismissal may be entered.

    IT IS SO ORDERED.

Dated: 9/26/2012

                                CLAUDIA WILKEN<br>
                                United States District Judge