IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA LYONS and JERRY LYONS, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>BANK OF AMERICA, NA and BAC HOME LOANS SERVICING, LP, a wholly owned subsidiary of Bank of America,<br>    Defendants.<br>_____/ | No. C 11-1232 CW<br><br>ORDER DIRECTING PARTIES TO FILE MOTION FOR PRELIMINARY APPROVAL |

On September 20, 2012, Mediator Gilda R. Turitz filed a "Certification of ADR" notifying the Court that the parties in this case had reached a proposed settlement. Docket No. 65, at 1. Because the notice did not indicate whether the proposed settlement would ultimately require this Court's approval pursuant to Rule 23(e), the Court subsequently ordered the parties to file a joint status report addressing that question. Having reviewed the joint status report submitted on October 3, 2012, Docket No. 67, the Court now orders the parties to file and notice a motion for preliminary approval of the proposed settlement by November 16, 2012.

IT IS SO ORDERED.

Dated: 10/9/2012

                                  CLAUDIA WILKEN
                                  United States District Judge