**McGuireWoods LLP**
1800 Century Park East
8th Floor
Los Angeles, CA 90067
Phone: 310.315.8200
Fax: 310.315.8210
www.mcguirewoods.com

A. Brooks Gresham
Direct: 310.315.8291



BGresham@mcguirewoods.com
Direct Fax: 310.315.8210

April 8, 2014

**VIA ECF**

Hon. Claudia Wilken
Chief District Judge
Oakland Courthouse, Courtroom 2 - 4th Floor
1301 Clay Street,
Oakland, CA 94612

    Re:    *Lyons v. Bank of America, N.A.*, Case No.: 11-cv-01232-CW (N.D. Cal.)

Dear Judge Wilken:

    The undersigned represents defendant Bank of America, N.A. ("BANA")[1] in *Gina Lyons et al. v. Bank of America, N.A. et al.*, 11-01232 CW. BANA hereby responds briefly to Plaintiff's letter of March 17, 2014.

    BANA continues to service the loan secured by the second trust deed on the subject property, and so continues to address the taxation, maintenance and service requirements associated with ownership of the Property. BANA continues to honor the terms of the settlement agreement in this matter. If Plaintiffs would execute the documents transferring ownership of the Property to BANA, the taxation and servicing issues associated with ownership of the Property would doubtlessly be fully transferred to BANA. Until that time, however, such issues may continue to arise. For this additional reason, BANA requests that the Court expeditiously schedule a conference call or hearing to discuss provisionally reopening this dismissed action under Rule 60(b) of the Federal Rules of Civil Procedure, so that this matter could be fully and finally resolved.

---

[1] Effective July 1, 2011, Bank of America, N.A. is successor by merger to BAC Home Loans Servicing, LP, so the two named defendants in this action are one legal entity.

Atlanta | Baltimore | Brussels | Charlotte | Charlottesville | Chicago | Jacksonville | London | Los Angeles
New York | Norfolk | Pittsburgh | Raleigh | Richmond | Tysons Corner | Washington, D.C. | Wilmington

Hon. Claudia Wilken
April 8, 2014
Page 2

    Respectfully submitted,

                                   Very truly yours,

                                   /s/ A. Brooks Gresham

                                   A. Brooks Gresham

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1800 Century Park East, 8th Floor, Los Angeles, CA 90067.

On April 8, 2014, I served the following document(s) described as **REPLY TO PLAINTIFF MARCH 17, 2014 LETTER** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

**SEE ATTACHED LIST**

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, CA, on that same day following ordinary business practices. (C.C.P. § 1013 (a) and 1013a(3))

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 8, 2014, at Los Angeles, CA.

*[signature]*
Sherlynn Hicks

31067936.1

3
PROOF OF SERVICE
CASE NO. 11-CV-01232-CW

# SERVICE LIST

David I. Greenberger  Attorneys for Plaintiffs
Liddle & Robinson, LLP
800 3rd Avenue, 8th Floor
New York, NY 10022
(212) 687-8500
Fax: (212) 687-1505

Lawrence J. Friscia
Friscia & Associates, LLC
17 Academy Street, Penthouse
Newark, NJ 07102
(973) 500-8024
Fax: (888) 809-3747