IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA LYONS and JERRY LYONS, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>BANK OF AMERICA, NA and BAC HOME LOANS SERVICING, LP, a wholly owned subsidiary of Bank of America,<br>    Defendants.                 / | No. C 11-1232 CW<br><br>ORDER GRANTING MOTION TO RE-OPEN; REFERRING CASE TO MEDIATION (Docket No. 78) |

    This case was closed in November 2012 after the parties reached a settlement agreement. Defendant Bank of America, NA moves to re-open the case under Federal Rule of Civil Procedure 60(b) and requests an order to enforce certain terms of the parties' settlement agreement. Plaintiffs Gina and Jerry Lyons do not oppose Defendant's motion to re-open but do oppose its request for an order to enforce the settlement agreement.

    After considering the parties' submissions, the Court GRANTS Defendant's motion to re-open (Docket No. 78). The parties' dispute concerning the request for an order enforcing the settlement agreement appears to be a relatively minor dispute regarding the terms of the agreement itself. Accordingly, in order to resolve this dispute promptly, the Court directs the

parties to attend a mediation session with Gilda R. Turitz, the mediator who helped them negotiate their original settlement, or another mediator of their choice within three weeks of this order. If the parties are unable to agree on a mediator, then they shall notify the Court within four days so that the Court can refer them to a magistrate judge to help them resolve this dispute.

    IT IS SO ORDERED.

Dated: July 7, 2014

CLAUDIA WILKEN
United States District Judge